Nicholas S. Steyne, Plaintiff in Error, v. The State of Florida, Defendant in Error.

.·. A Writ of Error to a Judgment of the Criminal Court of Record within and for the County of Duval.

Writ of Error dismissed on motion of the Attorney General.

*N. S. Steyne* in *pro per*, for Plaintiff in Error;

: *Van C. Swearingen*, Attorney General, and *C. O. Andrews*, Assistant, for the State.

Nicholas S. Steyne, Plaintiff in Error, v. W. H. Dowling as Sheriff, etc., Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of the Attorney General.